SCAN FORM AND ATTACHMENTS

# RECORD OF FUNDS RECEIVED FOR DEPOSIT

# INTO REGISTRY ACCOUNT

TO:  1. *Intake Clerk* *

      2. *Case Administrator*

FROM:  *Financial Administrator*

DATE: 4/5/2013

CASE NAME: Phillips

CASE NUMBER: 09-29351-CMB

---

Check Number 11016 in the amount of $ 3,640.06 was received this date and placed in an existing registry account of unclaimed funds.

Receipt Number: 6316            Intake Clerk's Initials DRB

---

*   *AFTER CHECK IS ENDORSED THROUGH THE REGISTER, PLEASE FORWARD TO THE APPROPRIATE CASE ADMINISTRATOR.*

#4b-F

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In the Matter of: ) | |
| ) | |
| PHILLIPS, THOMAS E. ) | Case No. <u>09-29351-CMB</u> |
| ) | |
| Debtor, ) | Chapter 7 |
| ) | |
| Rosemary C. Crawford, Trustee ) | Doc. No. |
| ) | |
| Movant. ) | |

<u>TRANSMITTAL OF UNCLAIMED FUNDS</u>

Rosemary C. Crawford, Trustee of this estate, reports the following:

    Checks were issued to the following creditors pursuant to the November 1, 2012, Order Approving the Trustee's Proposed Distribution of Property of the Estate.

    1.    Checks made payable to the following creditors have not been cashed and ninety days have passed since the final distribution and a stop payment was placed on the checks:

| | |
|---|---|
| Huntingdon County Tax Claim Bureau | $3,603.68 |
| 233 Penn Street | |
| Huntingdon, PA 16652 | |
| | $36.38 |
| Huntingdon County Tax Claim Bureau | |
| 233 Penn Street | |
| Huntingdon, PA 16652 | |
| Total | $3,640.06 |

    2.    Due to these creditors not cashing their checks said monies are being turned over to the Court. My Trustee check for $3,640.06 made payable to the Clerk, U.S. Bankruptcy Court is attached to this report.

    Respectfully submitted,
    /s/ Rosemary C. Crawford
    Rosemary C. Crawford, Esq., Trustee
    Crawford McDonald, LLC.
    P.O. Box 355
    Allison Park, PA 15101
    Pa. I.D. No. 56981
    (724) 443-4757
    crawfordmcdonald@aol.com

Dated April 3, 2013


[Stamp: FILED 2013 APR -5 AM 8:15 CLERK, US BANKRUPTCY COURT]

Trustee Phillips Transmittal of Unclaimed Funds